```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED
```

JUL 03 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAALAAI IESE

  a/k/a LAALAAI POROTESANO,

    Defendant.

NO. CR18-167 JCC

**INFORMATION**

The United States Attorney charges that:

## COUNT 1
**(Theft of Public Funds)**

Beginning in or about January 1990, and continuing through about October 2017, at Seattle, within the Western District of Washington, and elsewhere, the defendant, LAALAAI IESE a/k/a LAALAAI POROTESANO did willfully and knowingly embezzle, steal and convert to her own use and the use of another money of the United States, namely Social Security, Supplemental Security Income, and other federally funded benefits having an aggregate value of approximately one hundred forty-nine

INFORMATION/IESE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

thousand dollars ($149,000), with the intent to deprive the United States of the use and benefit of that money.

All in violation of Title 18, United States Code, Section 641.

DATED: July 2nd, 2018

_for_ [signature]
ANNETTE L. HAYES
United States Attorney

[signature]
JAMES D. OESTERLE
Assistant United States Attorney

[signature]
BENJAMIN T. DIGGS
Special Assistant United States Attorney